**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James Earl SMITH, Jr., Defendant–Appellant.**

No. 06–16683

United States Court of Appeals, Eleventh Circuit.

Nov. 9, 2007.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Russell K. Rosenthal, Fed. Pub. Def., Fort Myers, FL, R. Fletcher Peacock, Fed. Pub. Def., Jacksonville, FL, for Defendant–Appellant.

Before TJOFLAT, ANDERSON and HILL, Circuit Judges.

PER CURIAM:

After oral argument and careful consideration, and for the reasons fully discussed at oral argument, we readily conclude that the judgment of the district court is due to be affirmed.

AFFIRMED.